STATE OF CONNECTICUT *v.* DARYL L. KINCHEN
(7922)

DALY, O'CONNELL and LANDAU, Js.

Argued September 25—decision released October 3, 1990

*Jeffrey Hellman,* special public defender, for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Gary W. Nicholson,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.